The People of the State of New York ex rel. Joseph D. Borgman, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New

York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Hotchkiss, JJ.